UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-5187-GW-AYPx | Date | June 25, 2026 |
|---|---|---|---|
| Title | *Shalon Moon v. Lume Deodorant, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [13] was filed on June 25, 2026. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed by July 31, 2026. The Court sets an order to show re: settlement hearing for August 3, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss - with a proposed order - is filed by noon on June 31, 2026.

                                                                                                    :

Initials of Preparer    JG